IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

VIRGINIA D. KEELAND,                                                              PLAINTIFF

vs.                                    Civil No. 5:07-cv-5087

MICHAEL J. ASTRUE, Commissioner                                                   DEFENDANT
Social Security Administration

## **JUDGMENT**

Comes now the Court on this the 11th day of June 2008, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED**.

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE